# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Mansoor International Development Services ) | ASBCA Nos. 58423, 59471, 59472 |
| ) | 59473, 59474, 59475 |
| ) | 59476, 59477, 60037 |
| Under Contract No. W91B4N-11-D-7011 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. M. Yousuf Mansoor
                                   Owner

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                   MAJ Ronald M. Herrmann, JA
                                   CPT William T. Wicks, JA
                                   Erica S. Beardsley, Esq.
                                    Trial Attorneys

## ORDER OF DISMISSAL

On April 11, 2019, the parties executed an agreement settling all of the appeals listed above after participating in a mediation with the Board. The agreement required appellant to withdraw the appeals within ten days of payment. On June 25, 2019, the government filed the current motion to dismiss the appeals with prejudice. The government provided materials showing that the settlement payment was made to appellant on June 5, 2019, and appellant confirmed receipt on June 7, 2019. Appellant has not filed a motion to dismiss or responded to this motion. The appeals are dismissed with prejudice.

Dated: August 1, 2019

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58423, 59471, 59472, 59473, 59474, 59475 59476, 59477, 60037, Appeals of Mansoor International Development Services, rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:50%">

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

</div>